**CAUSE NO. CV-14-41722**

| | | |
|---|---|---|
| CITY OF BONHAM | § | IN THE DISTRICT COURT OF |
|     Plaintiff, | § | |
| | § | |
| v. | § | FANNIN COUNTY, TEXAS |
| | § | |
| SIDNEY B. HALE, JR. | § | |
|     Defendant. | § | 336TH JUDICIAL DISTRICT |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
3/27/2015 9:20:18 AM
DEBBIE AUTREY
Clerk

## DEFENDANT'S NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Sidney B. Hale, Jr. (hereinafter, "Mr. Hale" and/or "Defendant"), desires to appeal, and hereby appeals, the Order Granting Plaintiff's Partial Motion for Summary Judgment entered on January 6, 2015 and the Order Granting Plaintiff's Motion for Summary Judgment entered on February 12, 2015. Following entry of the Order of Dismissal on February 27, 2015, this case became final and appealable.

Appeal of this matter is to the 6th Courts of Appeals.

Respectfully submitted,

**COATS & EVANS, P.C.**

By: **/s/ Gary Linn Evans**
    Gary Linn Evans
    Texas Bar No. 00795338
    Email: evans@texasaviationlaw.com
    George Andrew Coats
    Texas Bar No. 00783846
    Email: coats@texasaviationlaw.com
    Post Office Box 130246
    The Woodlands, Texas 77393-0246
    Telephone: (281) 367-7732
    Facsimile: (281) 367-8003

**ATTORNEYS FOR DEFENDANT**
**SIDNEY B. HALE, JR.**

1

## CERTIFICATE OF SERVICE

I certify that pursuant to Rule 21a of the Texas Rules of Civil Procedure a true and correct copy of the foregoing instrument has been delivered to all counsel of record on the 26th day of March, 2015.

Mr. Christopher S. Kilgore
Dottie Sheffield
**HELMS & KILGORE, PLLC**
2201 Main Street, Suite 212
Dallas, Texas 75201
Telephone: 972-532-6484
Facsimile: 972-532-6496

*Via Electronic Filing and/or*
*Facsimile No. 972-532-6496*

**ATTORNEYS FOR PLAINTIFF**
**CITY OF BONHAM**

 _/s/  Gary L. Evans_____
Gary Linn Evans